1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                    **EASTERN DIVISION**

11

12  LARRY CARRASCO,                    )    No. ED CV 18-1340-DSF (PLA)
                                       )
13                    Petitioner,      )    **ORDER ACCEPTING MAGISTRATE
                                       )    JUDGE'S SECOND REPORT AND
14            v.                       )    RECOMMENDATION**
                                       )
15  DEAN BORDERS, Warden,              )
                                       )
16                    Respondent.      )
    _____)

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Petition, the other

19  records on file herein, the Magistrate Judge's Second Report and Recommendation, and

20  petitioner's objections to the Second Report and Recommendation.  The Court has engaged in

21  a de novo review of those portions of the Second Report and Recommendation to which

22  objections have been made.  The Court accepts the recommendations of the Magistrate Judge.

23  /

24  /

25  /

26  /

27  /

28  /

ACCORDINGLY, IT IS ORDERED:

1.      The Second Report and Recommendation is accepted.

2.      The Motion to Dismiss is granted.

3.      Judgment shall be entered consistent with this order.

4.      The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: March 6, 2019

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE