# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LARRY CARRASCO, | No. ED CV 18-1340-DSF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEAN BORDERS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Second Report and Recommendation, IT IS ADJUDGED that the Amended Petition in this matter is denied and dismissed without prejudice.

DATED: March 6, 2019

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE